UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ℓw____ D.C.

05 SEP -8 AM 10: 24

**JUDGMENT IN A CIVIL CASE**

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

NERISSA DEBERERY, as parent
and next friend of
THARRON EUGENE POLLARD,

    Plaintiff,

VS.                              NO. 1:04-CV-1241-T/P

THE BOARD OF EDUCATION OF THE
HENDERSON COUNTY SCHOOLS, et al

    Defendant(s).

[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on September 2, 2005, the defendant's motion for summary judgment is GRANTED on the Section 1983 claims and the state law claims are REMANDED to the Circuit County of Henderson County, Tennessee.

APPROVED:

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 9/8/05

                              THOMAS M. GOULD, CLERK
                              BY: *Evelyn Cheairs*
                                    DEPUTY CLERK



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:04-CV-01241 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Kenny Cavness
Henderson County Courthouse
Lexington, TN 38351

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT